UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES WILLIE DUKE, III, 11043693, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>DALLAS COUNTY JAIL )<br>COMMISSION, ET AL., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>3:11-CV-1653-G |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

September 20, 2011.

_____
**A. JOE FISH**
**Senior United States District Judge**