UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES WILLIE DUKE, III, 11043693, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:11-CV-1653-G |
| DALLAS COUNTY JAIL ) | |
| COMMISSION, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

September 20, 2011.

_____
**A. JOE FISH**
**Senior United States District Judge**